IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50608
_____

KENNETH LEE JOHNSON,

                                        Plaintiff-Appellant,

versus

ALICE BENNER; DELPHIS BENOIT;
JACK M. GARNER, Warden; CHARLIE
F. STREETMAN, Assistant Warden;
FRANK WILLIAMS; GRACE E. KENNEDY

                                        Defendants-Appellees.


- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-94-CV-37
- - - - - - - - - - -
November 17, 1995
Before KING, SMITH and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Kenneth Lee Johnson requests leave to proceed in forma
pauperis (IFP) on appeal from the district court's dismissal,
under 28 U.S.C § 1915(d), of his civil rights complaint.  IFP is
GRANTED.  The portion of the district court's order dismissing
Johnson's claims which alleged violations of Due Process and the
Eighth Amendment is AFFIRMED for the reasons stated by the

_____

[*]     Local Rule 47.5 provides:  "The publication of opinions
that have no precedential value and merely decide particular
cases on the basis of well-settled principles of law imposes
needless expense on the public and burdens on the legal
profession."  Pursuant to that Rule, the court has determined
that this opinion should not be published.

district court.  However, the district court's Final Judgment is VACATED and the matter REMANDED to allow the district court an opportunity to address Johnson's allegation concerning a violation of Equal Protection.

We add our caution to that of the district court; if Johnson's equal-protection allegation is frivolous, he should voluntarily dismiss the claim to avoid the possible imposition, upon remand, of the sanctions the district court warned him about previously.

IFP GRANTED; AFFIRMED IN PART; VACATED AND REMANDED IN PART; SANCTIONS WARNING GIVEN.